IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 1:25-mj- 55 |
| | ) | |
| JANET K. SEELYE, | ) | Court Date: 3/9/26 |
| | ) | |
| Defendant. | ) | |

CRIMINAL INFORMATION

Count I (Class A Misdemeanor – E1677884)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about January 10, 2026, at Marine Corps Base Quantico, Virginia, within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, the defendant, JANET K. SEELYE, did intentionally prevent or attempt to prevent a law enforcement officer from lawfully arresting her.

(In violation of Title 18, United States Code, Section 13, assimilating Virginia Code, Section 18.2-460.)

Count II (Class B Misdemeanor E1677880)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about January 10, 2026, at Marine Corps Base, Quantico, Virginia, in the Eastern District of Virginia, the defendant, JANET K. SEELYE, did unlawfully go upon a military installation for a purpose prohibited by law, to wit: knowingly and intentionally entering Marine Corps Base Quantico.

(In violation of Title 18, United States Code, Section 1382.)

Respectfully submitted,

By: _____/s/_____
Richard W. Krupczak
Special Assistant United States Attorney
United States Attorney's Office
Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, VA 22314
Phone: 703-299-3902
Fax: 703-299-3980
Email: Richard.krupczak@usdoj.gov

<u>CERTIFICATE OF SERVICE</u>

I certify that on February 24, 2026, I filed the foregoing document with the Clerk of Court using the CM/ECF system, which will cause a true and accurate copy of this document to be transmitted to counsel of record.

By: _____<u>/s/</u>_____
Richard W. Krupczak
Special Assistant United States Attorney
United States Attorney's Office
Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, VA 22314
Phone: 703-299-3902
Fax: 703-299-3980
Email: Richard.krupczak@usdoj.gov